RECEIVED
IN ALEXANDRIA, LA.
JUL - 2 2013
TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MARBEPHAR O. HAMMED a/k/a Bisiriyu Kolawole Luqman a/k/a Teju Olalekan,<br>    Petitioner | CIVIL ACTION NO. 1:12-CV-2186 |
| VERSUS | JUDGE DEE D. DRELL |
| UNITED STATES OF AMERICA, et al.,<br>    Respondents | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 18) is GRANTED and Hammed's habeas petition is TRANSFERRED to the United States Court of Appeals for the Fifth Circuit.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2ND day of July, 2013.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE